**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-40191
(Summary Calendar)

EARNEST BURR,

Plaintiff-Appellant,

VERSUS

JOE URBANSKI, Individually and in his official capacity;
PETROCHEMICAL DRAFTING COMPANY and DOW CHEMICAL, U.S.A.,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas

(G-93-CV-810)

September 17, 1996

Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant Earnest Burr claims on appeal that the district court erroneously granted summary judgment in his racial discrimination action under the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, against Dow Chemical Company, Petro-Chemical

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Drafting Company, and Petro-Chemical's president Joe Urbanski.

We have reviewed the briefs of the parties and the record and conclude that the district court did not err in granting summary judgment.  The judgment of the district court is AFFIRMED.